1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HEALTH CARE, a non-profit public benefit California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>HAWAII MEDICAL SERVICE ASSOCIATION, a non-profit Hawaii corporation; and DOES 1 THROUGH 25, inclusive,,<br><br>Defendants. | Case No.: 4:21-cv-06720- HSG<br><br>**ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII (as modified)** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the Stipulation of Plaintiff Stanford Health Care ("Stanford") and Defendant Hawaii Medical Service Association, a nonprofit mutual benefit society ("HMSA"), to Transfer Venue, and with good cause being shown, **IT IS HEREBY ORDERED** that this matter is transferred to the United States District Court, District of Hawaii with reservation of all the parties' rights, defenses and arguments as to the impact of this Order.   The Clerk is directed to close this case.

IT IS SO ORDERED.

DATED:   10/28/2022

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge

– 1 –
ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT, DISTRICT OF HAWAII